IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § CIVIL ACTION NO. 4:09-cv-01827 |
| | § |
| ION GEOPHYSICAL CORPORATION, | § |
| | § |
| Defendant. | § JURY TRIAL DEMANDED |

## ION GEOPHYSICAL CORPORATION'S MOTION TO DISMISS WESTERNGECO'S INEQUITABLE CONDUCT CLAIM AND MOTION TO STRIKE WESTERNGECO'S INEQUITABLE CONDUCT DEFENSE

Defendant ION Geophysical Corporation ("ION Geophysical") moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss WesternGeco L.L.C.'s ("WesternGeco") inequitable conduct claim and to strike WesternGeco's inequitable conduct defense for failure to state a claim upon which relief can be granted.

Dated: August 3, 2009.

    Respectfully submitted,

    /s/ David Burgert
    David Burgert, Esq.
    *LEAD ATTORNEY*
    State Bar No. 03378300
    dburgert@porterhedges.com
    Ray T. Torgerson.
    State Bar No. 24003067
    rtorgerson@porterhedges.com
    Paul A. Dyson
    State Bar No. 24059704
    pdyson@porterhedges.com
    PORTER & HEDGES, LLP
    1000 Main Street, 36th Floor
    Houston, Texas 77002-6336
    Telephone: (713) 226-6668
    Facsimile:  (713) 226-6268

ATTORNEYS FOR DEFENDANT
ION GEOPHYSICAL CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of August, 2009, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lee L. Kaplan, Esq.
Attorney in Charge
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002
Tel: 713-221-2323
Fax: 713-221-2320
E-mail: www.lkaplan@skv.com

ATTORNEYS FOR PLAINTIFF
WESTERNGECO L.L.C.

Timothy K. Gilman, Esq.
KIRKLAND & ELLIS L.L.P.
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
Tel: 212-446-4689
Fax: 212-446-4900
E-mail: tgilman@kirkland.com

John M. Desmarais, P.C.
KIRKLAND & ELLIS L.L.P.
601 Lexington Avenue - 36th Floor
New York, NY 10022-4675
Tel: 212-446-4639
Fax: 212-446-4900
E-mail: jdesmarais@kirkland.com

/s/ David Burgert
David L. Burgert