IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § CIVIL ACTION NO. 4:09-cv-01827 |
| | § |
| ION GEOPHYSICAL CORPORATION, | § |
| | § |
| Defendant. | § JURY TRIAL DEMANDED |

### ORDER

On this 17th day of August, 2009 ION Geophysical Corporation's Unopposed Motion for Leave to file a Sur-reply in Response to WesternGeco L.L.C.'s Reply in Further Support of Its Motion To Dismiss ION's Breach of Contract and Conversion Counterclaims is GRANTED. The Clerk is instructed to docket the Sur-reply.

_____
UNITED STATE DISTRICT JUDGE