IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:09-cv-01827 |
| | § | |
| ION GEOPHYSICAL CORPORATION, | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

### JOINT STIPULATION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-3 AND P.R. 3-4

Defendant ION Geophysical Corporation and Plaintiff WesternGeco L.L.C. file this joint stipulation to extend time to comply with P.R. 3-3 and P.R. 3-4.

The Scheduling Order provides that all parties are to comply with P.R. 3-3 and P.R. 3-4 on or before October 15, 2009.  Both Defendant and Plaintiff agree to extend the deadline to comply by one week, making the new deadline October 22, 2009.  As such, Defendant and Plaintiff will comply with P.R. 3-3 and P.R. 3-4 on or before October 22, 2009.

Dated:  October 14, 2009

Respectfully submitted,

/s/ David Burgert
David Burgert, Esq.
*LEAD ATTORNEY*
State Bar No. 03378300
dburgert@porterhedges.com
Ray T. Torgerson
State Bar No. 24003067
rtorgerson@porterhedges.com
Paul A. Dyson
State Bar No. 24059704
pdyson@porterhedges.com
PORTER & HEDGES, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
Telephone: (713) 226-6668
Facsimile:   (713) 226-6268

**ATTORNEYS FOR DEFENDANT
ION GEOPHYSICAL CORPORATION**


/s/ Timothy K. Gilman
Lee L. Kaplan, Esq.
Attorney in Charge
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002
Tel: 713-221-2323
Fax: 713-221-2320
E-mail: lkaplan@skv.com

John M. Desmarais, P.C.
Timothy K. Gilman, Esq.
KIRKLAND & ELLIS L.L.P.
601 Lexington Avenue - 36th Floor
New York, NY 10022-4675
Tel: 212-446-4639
Fax: 212-446-4900
E-mail: tgilman@kirkland.com

**ATTORNEYS FOR PLAINTIFF
WESTERNGECO L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of October, 2009, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lee L. Kaplan, Esq.
Attorney in Charge
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, TX 77002
Tel: 713-221-2323
Fax: 713-221-2320
E-mail: lkaplan@skv.com

ATTORNEYS FOR PLAINTIFF
WESTERNGECO L.L.C.

Timothy K. Gilman, Esq.
KIRKLAND & ELLIS L.L.P.
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
Tel: 212-446-4689
Fax: 212-446-4900
E-mail: tgilman@kirkland.com

John M. Desmarais, P.C.
KIRKLAND & ELLIS L.L.P.
601 Lexington Avenue - 36th Floor
New York, NY 10022-4675
Tel: 212-446-4639
Fax: 212-446-4900
E-mail: jdesmarais@kirkland.com

/s/ David Burgert
David L. Burgert