UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WesternGeco LLC | § | |
| | § | |
| *versus* | § | Civil Action 4:09–cv–01827 |
| | § | |
| ION Geophysical Corporation | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on January 25, 2010, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge