IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WesternGeco LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 4:09-cv-01827 |
| v. ) | |
| ) | |
| ION Geophysical Corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

## WITHDRAWAL OF RESPONSE AND OBJECTIONS TO RULE 45 SUBPOENA DUCES TECUM TO NON-PARTY CGG AMERICAS, INC.

TO THE HONORABLE COURT:

1. A Subpoena Duces Tecum (the "Subpoena") was served November 13, 2009 on CGG Americas, Inc. ("CGG Americas") at the request of Plaintiff WesternGeco L.L.C. ("GeCo").

2. In a communication dated December 9, 2009, GeCo agreed to extend to January 22, 2010, CGG Americas' deadline for responding to the Subpoena.

3. CGG Americas filed its objections and responses to the Subpoena on January 22, 2010 ("CGG Americas' Objections") (Dkt. No. 46).

4. On January 27, 2010, GeCo withdrew the Subpoena (Dkt. No.51) which renders CGG Americas' Objections moot, and to any extent the Objections are not rendered moot, they are hereby withdrawn.

Respectfully submitted,

/s/ James W. Repass
James W. Repass
SBN 16786940
SD 9166
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713-651-5151
Facsimile:  713-651-5246

Attorneys for Third Party
CGG Americas, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing RESPONSE AND OBJECTIONS TO RULE 45 SUBPOENA DUCES TECUM TO NON-PARTY CGG AMERICAS, INC. has been served on all counsel of record in compliance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE on January 29, 2010.

Annette Devereux