IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ION GEOPHYSICAL CORPORATION, ) <br> ) <br> *Defendant*. ) | Civil Action No. 4:09-CV-01827 <br><br> Judge Keith P. Ellison <br><br> Jury Trial Demanded |
| WESTERNGECO L.L.C., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> FUGRO-GEOTEAM, INC., FUGRO-GEOTEAM ) <br> AS, FUGRO NORWAY MARINE SERVICES AS, ) <br> FUGRO, INC., FUGRO (USA), INC. and FUGRO ) <br> GEOSERVICES, INC., ) <br> ) <br> *Defendants*. ) | Civil Action No. 4:10-CV-02120 <br><br> Judge Gray H. Miller <br><br> Jury Trial Demanded |

## ORDER ON WESTERNGECO'S MOTION TO CONSOLIDATE

Before the Court is WesternGeco's Motion to Consolidate. Having considered the parties' written submissions, the Court **GRANTS** WesternGeco's Motion to Consolidate.

IT IS HEREBY ORDERED:

Civil Action No. 4:10-CV-02120 is consolidated into Civil Action No. 4:09-CV-01827, pending before Judge Ellison.

16 July 2010

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE