IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:09-cv-01827 |
| § | |
| ION GEOPHYSICAL CORPORATION, § | |
| FUGRO-GEOTEAM, INC., FUGRO- § | Judge Keith P. Ellison |
| GEOTEAM AS, FUGRO NORWAY § | |
| MARINE SERVICES AS, FUGRO, INC., § | |
| FUGRO (USA), INC. AND FUGRO § | |
| GEOSERVICES, INC. § | |
| § | |
| Defendants. § | |

**JOINDER IN ION GEOPHYSICAL CORPORATION'S RESPONSES IN OPPOSITION TO PLAINTIFF WESTERNGECO L.L.C'S MOTIONS FOR SUMMARY JUDGMENT**

Fugro-Geoteam, Inc., Fugro-Geoteam AS, Fugro, Inc., Fugro (USA), Inc., and Fugro Geoservices, Inc. (collectively, "the Fugro Defendants") hereby join Defendant ION Geophysical Corporation's Response in Opposition to Plaintiff Westerngeco's Motion for Summary Judgment on Defendants' Inventorship Counterclaims and Derivative Defenses and Claims (Dkt. 185.) and the portions of Ion Geophysical Corporation's Response to in Opposition to Plaintiff WesternGeco's L.L.C's Motion for Summary Judgment on ION's Inequitable Conduct Defense and Antitrust Counterclaim Regarding the Zajac '038 Patent (Dkt. 183.) regarding inequitable conduct. Both of these pleadings (Dkt. 183, 185) are hereby incorporated by reference in their entirety, including all exhibits.

1

Dated: November 14, 2011

Respectfully submitted,

*s/ Jason Saunders*
Gordon Arnold
Texas Bar No.: 01342410
Federal ID No.: 12483
Attorney-in-Charge
garnold@arnold-iplaw.com
Jason A. Saunders
Texas Bar No.: 24042406
Federal ID No.: 557143
jsaunders@arnold-iplaw.com
Arnold & Knobloch L.L.P.
4900 Woodway, Suite 900
Houston, Texas 77056
Telephone: (713) 972-1649
Facsimile:   (713) 972-1180

John M. Elsley
Texas Bar No.: 06591950
Federal ID No.: 2828
Jason C. Petty
Texas Bar No.: 24065902
Federal ID No.: 1120630
Royston, Rayzor, Vickery & Williams, L.L.P.
711 Louisiana, Suite 500
Houston, Texas 77002-6418
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

**ATTORNEYS FOR DEFENDANTS,
FUGRO-GEOTEAM, INC.,
FUGRO, INC.,
FUGRO (USA), INC.,
FUGRO GEOSERVICES, INC., AND
FUGRO-GEOTEAM AS**

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 14, 2011 a true and correct copy of the Fugro Defendant's Joinder in Ion Geophysical Corporation's Responses in Opposition to Plaintiff Westerngeco L.L.C's Motions for Summary Judgment was served on all counsel of record *via CM/ECF*.

    */s/ Jason Saunders*
    Arnold & Knobloch L.L.P.