IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., <br><br> *Plaintiff,* <br><br> v. <br><br> ION GEOPHYSICAL CORPORATION, FUGRO-GEOTEAM, INC., FUGRO-GEOTEAM AS, FUGRO NORWAY MARINE SERVICES AS, FUGRO, INC., FUGRO (USA), INC. and FUGRO GEOSERVICES, INC., <br><br> *Defendants.* | Civil Action No. 4:09-CV-01827 <br><br> Judge Keith P. Ellison <br><br> Jury Trial Demanded |

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL REGARDING THE FUGRO DEFENDANTS

Before the Court is Plaintiff WesternGeco L.L.C.'s ("WesternGeco") and the Fugro Defendants ("Fugro") Joint Stipulation of Dismissal of four of the six Fugro Defendants, specifically: Fugro (USA), Inc., Fugro, Inc., Fugro Geoservices, Inc. and Fugro Norway Marine Services AS.

After considering WesternGeco and Fugro's stipulation, the Court hereby GRANTS the stipulation and ORDERS that Fugro (USA), Inc., Fugro, Inc., Fugro Geoservices, Inc. and Fugro Norway Marine Services AS are dismissed with prejudice.

Signed  JULY 23 , 2012.

Keith P. Ellison
United States District Judge