IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:09-cv-01827 |
| § | |
| ION GEOPHYSICAL CORPORATION, § | Judge Keith P. Ellison |
| FUGRO-GEOTEAM, INC., § | |
| FUGRO-GEOTEAM AS, § | |
| FUGRO NORWAY MARINE SERVICES § | |
| AS, FUGRO, INC., FUGRO (USA), INC. and § | |
| FUGRO GEOSERVICES, INC., § | |
| § | JURY TRIAL DEMANDED |
| Defendants. § | |

**FUGRO-GEOTEAM'S JOINDER IN ION'S TRIAL BRIEF ON WESTERNGECO'S ATTEMPT TO ASSERT A CLAIM CONSTRUCTION FOR "PREDICT" THAT IT WAIVED AND REQUEST FOR JURY INSTRUCTION**

TO THE HONORABLE U.S. DISTRICT JUDGE KEITH ELLISON:

Defendants Fugro-Geoteam, Inc. and Fugro-Geoteam AS (collectively, "Fugro-Geoteam"), hereby submit notice of their Joinder in Defendant ION Geophysical Corporation's Trial Brief on WesternGeco's Attempt to Assert a Claim Construction for "Predict" That It Waived and Request for Jury Instruction. By so joining, Fugro-Geoteam adopts as if set forth herein the arguments and requested relief contained in Defendant ION Geophysical Corporation's Trial Brief.

Dated: August 7, 2012.                             Respectfully submitted,


                                                   */s/ James M. Thompson*
                                                   Gordon Arnold
                                                   Texas Bar No. 01342410
                                                   Federal ID No. 12483
                                                   Attorney-in-Charge
                                                   garnold@arnold-iplaw.com
                                                   Jason A. Saunders
                                                   Texas Bar No. 24042406
                                                   Federal ID No. 557143
                                                   jsaunders@arnold-iplaw.com
                                                   ARNOLD & KNOBLOCH L.L.P.
                                                   4900 Woodway, Suite 900
                                                   Houston, Texas 77056
                                                   Telephone: (713) 972-1649
                                                   Facsimile: (713) 972-1180

                                                   John M. Elsley
                                                   Texas Bar No. 06591950
                                                   Federal ID No. 2828
                                                   James M. Thompson
                                                   Texas Bar No. 24013629
                                                   Federal ID No. 22378
                                                   Christine R. Raborn
                                                   Texas Bar No. 24044758
                                                   Federal ID No. 931674
                                                   Michael E. Streich
                                                   Texas Bar No. 24079408
                                                   Federal ID No. 1339959
                                                   ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
                                                   711 Louisiana, Suite 500
                                                   Houston, Texas 77002-6418
                                                   Telephone: (713) 224-8380
                                                   Facsimile: (713) 225-9945

                                                   **ATTORNEYS FOR DEFENDANTS**
                                                   **FUGRO-GEOTEAM, INC. AND**
                                                   **FUGRO-GEOTEAM AS**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on August 7, 2012, the foregoing was served according to the Federal Rules of Civil Procedure on the following counsel of record:

**Lee L. Kaplan**
Smyser Kaplan & Veselka L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
713-221-2323
lkaplan@skv.com

**Timothy K Gilman**
**Simeon George Papacostas**
Kirkland and Ellis LLP
60I Lexington Ave – 36th Floor
New York, NY 10022
212-446-4689
tgilman@kirkland.com
spapacostas@kirkland.com

**Gregg F. LoCascio**
Kirkland and Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
202-879-5000
gregg.locascio@kirkland.com

**Attorneys for Plaintiff**
**WesternGeco L.L.C.**

**David Burgert**
**Ray T. Torgerson**
Porter & Hedges, LLP
1000 Main Street, 3th Floor
Houston, TX 77002-6336
Telephone: (713) 226-6668
Facsimile: )713) 226-6268
dburgert@porterhedges.com
rtorgerson@porterhedges.com

**Attorneys for Defendant**
**ION Geophysical Corporation**

                    */s/ Michael E. Streich*
                    ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP