**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WESTERNGECO L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.  4:09-cv-01827** |
| | § | |
| **ION GEOPHYSICAL CORPORATION,** | § | **Judge Keith P. Ellison** |
| **FUGRO-GEOTEAM, INC., FUGRO-** | § | |
| **GEOTEAM AS, FUGRO NORWAY** | § | |
| **MARINE SERVICES AS, FUGRO, INC.,** | § | |
| **FUGRO (USA), INC. and FUGRO** | § | |
| **GEOSERVICES, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**WESTERNGECO'S PROPOSED VERDICT FORM**

WesternGeco L.L.C. ("WesternGeco") hereby submits its proposed verdict form attached

hereto as Exhibit A.  Support and explanation for WesternGeco's proposed verdict form is

attached hereto as Exhibit B.  WesternGeco's objections to ION's and Fugro's proposed verdict

forms is attached hereto as Exhibit C.

Dated:  August 7, 2012

*Of Counsel:*

Gregg F. LoCascio, P.C.
gregg.locascio@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Tel.: (202) 879-5000
Fax: (202) 879-5200

Timothy K. Gilman
timothy.gilman@kirkland.com
Ryan Kane
ryan.kane@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel.:  (212) 446-4800
Fax:  (212) 446-4900

Respectfully submitted,

 /s/ Timothy Gilman_____
Lee L. Kaplan
lkaplan@skv.com
SMYSER KAPLAN
 & VESELKA, L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX  77002
Tel:  (713) 221-2323
Fax:  (713) 221-2320

*Attorneys for Plaintiff*
*WesternGeco L.L.C.*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 7th day of August 2012.


/s/ Timothy Gilman

3