IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO L.L.C., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:09-cv-01827 |
| | § | |
| ION GEOPHYSICAL CORPORATION, | § | Judge Keith P. Ellison |
| FUGRO-GEOTEAM, INC., | § | |
| FUGRO-GEOTEAM AS, | § | |
| FUGRO NORWAY MARINE SERVICES | § | Jury Trial Demanded |
| AS, FUGRO, INC., FUGRO (USA), INC. and | § | |
| FUGRO GEOSERVICES, INC., | § | |
|     Defendants. | § | |

### FUGRO-GEOTEAM'S PROPOSED VERDICT FORM AND OBJECTIONS

Defendants Fugro-Geoteam, Inc. and Fugro-Geoteam AS submit their proposed verdict form as Exhibit A. Fugro-Geoteam's Objections to WesternGeco's and ION Geophysical's Proposed Jury Verdicts are set forth in Exhibit B hereto.

1

Dated: August 8, 2012.                    Respectfully submitted,

*/s/ James M. Thompson*
Gordon Arnold
Texas Bar No. 01342410
Federal ID No. 12483
Attorney-in-Charge
garnold@arnold-iplaw.com
Jason A. Saunders
Texas Bar No. 24042406
Federal ID No. 557143
jsaunders@arnold-iplaw.com
ARNOLD & KNOBLOCH L.L.P.
4900 Woodway, Suite 900
Houston, Texas 77056
Telephone: (713) 972-1649
Facsimile: (713) 972-1180

John M. Elsley
Texas Bar No. 06591950
Federal ID No. 2828
James M. Thompson
Texas Bar No. 24013629
Federal ID No. 22378
Christine R. Raborn
Texas Bar No. 24044758
Federal ID No. 931674
Michael E. Streich
Texas Bar No. 24079408
Federal ID No. 1339959
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
711 Louisiana, Suite 500
Houston, Texas 77002-6418
Telephone: (713) 224-8380
Facsimile: (713) 225-9945

**ATTORNEYS FOR DEFENDANTS**
**FUGRO-GEOTEAM, INC. AND**
**FUGRO-GEOTEAM AS**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 8, 2012, the foregoing was served pursuant to the Federal Rules of Civil Procedure on the following counsel of record:

**Lee L. Kaplan**
Smyser Kaplan & Veselka L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
713-221-2323
lkaplan@skv.com

**Timothy K Gilman**
**Simeon George Papacostas**
Kirkland and Ellis LLP
60I Lexington Ave – 36th Floor
New York, NY 10022
212-446-4689
tgilman@kirkland.com
spapacostas@kirkland.com

**Gregg F. LoCascio**
Kirkland and Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
202-879-5000
gregg.locascio@kirkland.com

**Attorneys for Plaintiff**
**WesternGeco L.L.C.**

**David Burgert**
**Ray T. Torgerson**
Porter & Hedges, LLP
1000 Main Street, 3th Floor
Houston, TX 77002-6336
Telephone: 713-226-6668
Facsimile: 713-226-6268
dburgert@porterhedges.com
rtorgerson@porterhedges.com

**Attorneys for Defendant**
**ION Geophysical Corporation**

      */s/ James M. Thompson*
      ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

3