IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., <br><br> *Plaintiff*, <br><br> v. <br><br> ION GEOPHYSICAL CORPORATION, FUGRO-GEOTEAM, INC. and FUGRO-GEOTEAM AS, <br><br> *Defendants*. | Civil Action No. 4:09-CV-01827 <br><br> Judge Keith P. Ellison <br><br> Jury Trial Demanded |

### JOINT MOTION AND STIPULATION OF DISMISSAL

Plaintiff, WesternGeco L.L.C. ("WesternGeco") and Defendants Fugro Geoteam Inc. and Fugro Geoteam AS (collectively "Fugro Geoteam") (individually referred to as "Party" and collectively referred to as the "Parties"), by and through their undersigned counsel, hereby jointly move and stipulate to the dismissal of the following claims in this action:

1. that all claims asserted by WesternGeco against Fugro Geoteam in this Action be dismissed with prejudice;

2. that all claims asserted by Fugro Geoteam against WesternGeco in this Action be dismissed with prejudice; and

3. that all Parties to this Stipulation shall bear their own attorneys' fees and costs in this action.

The District Court for the Southern District of Texas retains jurisdiction over this matter in order to enforce the Parties' confidential settlement agreement of this date.

Dated this 13th day of August, 2012

Respectfully submitted,

| | |
|---|---|
| *[signature]* | *[signature]* |
| Lee L. Kaplan | Gordon Arnold |
| lkaplan@skv.com | garnold@arnold-iplaw.com |
| SMYSER KAPLAN | Jason A. Saunders |
| & VESELKA, L.L.P. | Texas Bar No. 24042406 |
| Bank of America Center | Federal ID No. 557143 |
| 700 Louisiana, Suite 2300 | jsaunders@arnold-iplaw.com |
| Houston, TX 77002 | ARNOLD & KNOBLOCH L.L.P. |
| Tel: (713) 221-2323 | 4900 Woodway, Suite 900 |
| Fax: (713) 221-2320 | Houston, Texas 77056 |
| | Telephone: (713) 972-1649 |
| *Of Counsel:* | Facsimile: (713) 972-1180 |
| | |
| Gregg F. LoCascio, P.C. | James M. Thompson |
| gregg.locascio@kirkland.com | ROYSTON, RAYZOR, VICKERY & |
| KIRKLAND & ELLIS LLP | WILLIAMS, LLP |
| 655 Fifteenth Street, N.W. | 711 Louisiana, Suite 500 |
| Washington, D.C. 20005-5793 | Houston, Texas 77002-6418 |
| Tel.: (202) 879-5000 | Telephone: (713) 224-8380 |
| Fax: (202) 879-5200 | Facsimile: (713) 225-9945 |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant WesternGeco L.L.C.* | *Attorneys For Defendants/Counterclaim Plaintiffs Fugro-Geoteam, Inc. and Fugro-Geoteam As* |

SO ORDERED

*[signature]* 13 August 2012
Judge Keith P. Ellison
United States District Judge