IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 4:09-cv-01827 |
| ION GEOPHYSICAL CORPORATION, § FUGRO-GEOTEAM, INC., FUGRO- § GEOTEAM AS, FUGRO NORWAY § MARINE SERVICES AS, FUGRO, INC., § FUGRO (USA), INC. and FUGRO § GEOSERVICES, INC., § § § | Judge Keith P. Ellison  JURY TRIAL DEMANDED |
| Defendants. § | |

## ~~PROPOSED~~ AGREED SCHEDULING ORDER FOR POST-TRIAL BRIEFING

A jury trial was conducted in this matter between July 23, 2012 and August 16, 2012. Before the Court is WesternGeco, L.L.C. and ION Geophysical Corporation's Joint Motion for Scheduling Order for Post-Trial Briefing based on the Court's Orders through time of verdict on August 16, 2012. This schedule shall govern all Rule 50(b) and Rule 59 motions related to that verdict, but does not apply to motions based on events or Orders after August 16, 2012. Having considered the Joint Motion, the Court hereby GRANTS the motion. It is

**ORDERED** that the following schedule of briefing deadlines are in effect until further Order of this Court:

| | |
|---|---|
| All motions filed prior to the jury's verdict on August 16, 2012 on which the Court did not rule are deemed denied without prejudice, and the parties may file (or refile) renewed motions for judgment as a matter of law pursuant to Rule 50(b) together with any other motion as set forth herein. | N/A |

1

2910579v2

Case 4:09-cv-01827   Document 546   Filed in TXSD on 09/07/12   Page 2 of 2

| | |
|---|---|
| Motions and opening briefs under Rule 50(b) and Rule 59, as well as any further relief sought by Plaintiff in the form of exceptional case, additional remedies, attorneys' fees and post-judgment interest, or any other allowable post-verdict matter and by Defendant on any allowable post-verdict matter. This deadline shall govern all Rule 50(b) and Rule 59 motions related to that verdict, but does not apply to motions that are based on any events in the case, or Orders, occurring after the verdict. | September 28, 2012 |
| Response briefs. | October 26, 2012 |
| Reply briefs, limited to no more than 10 pages as per the Court's local rules. | November 9, 2012 |
| Sur-Reply briefs, limited to no more than 5 pages. | November 15, 2012 |

Signed  Sept. 7th  , 2012.

_____
Keith P. Ellison
United States District Judge

2