IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO L.L.C., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:09-cv-01827 |
| | § | |
| V. | § | Judge Keith P. Ellison |
| | § | |
| ION GEOPHYSICAL CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### NOTICE OF PREJUDGMENT INTEREST CALCULATION
### PURSUANT TO THE COURT'S JUNE 19, 2013 ORDER

Pursuant to the Court's June 19, 2013 Order, ION GEOPHYSICAL CORPORATION, Defendant, files this notice of prejudgment interest calculation:

ION has simply adopted the prejudgment interest as calculated by Plaintiff's expert Mr. Sims using the prime rate compounded annually, which is as follows:

$7,577,997.00 in pre-judgment interest on the jury's award as of June 19, 2013, plus $10,008.00 for each day thereafter until final judgment is entered pursuant to Fed. R. Civ. P. 58.

Plaintiff's counsel agrees with this calculation and daily rate.


Dated: July 1, 2013         By:      /s/ David J. Healey

|  |  |
|---|---|
|  | David J. Healey<br>*ATTORNEY IN CHARGE*<br>State Bar No. 09327980<br>Federal I.D. No. 000035021<br>healey@fr.com<br>Bailey Harris<br>FISH & RICHARDSON, P.C.<br>State Bar No. 24083139<br>Federal ID No. 1725405<br>bharris@fr.com<br>FISH & RICHARDSON, P.C.<br>1 Houston Center<br>1221 McKinney Street, 28th Floor<br>Houston, Texas  77010<br>Telephone: (713) 654-5310<br>Facsimile: (713) 652-0109 |
|  | David L. Burgert<br>State Bar No. 03378300<br>Federal I.D. No. 2084<br>JONES DAY<br>717 Texas Street, Suite 3300<br>Houston, TX  77002<br>Telephone: (832) 239-3737<br>Facsimile: (832) 239-3600<br>dburgert@jonesday.com |
| OF COUNSEL:<br><br>Frank Porcelli Esq.<br>FISH & RICHARDSON, P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Telephone: (617) 521-7808<br>Facsimile: (617) 542-8906<br>Email:  porcelli@fr.com<br>*Admitted Pro Hac Vice* | Ray T. Torgerson<br>State Bar No. 24003067<br>Federal I.D. No. 22846<br>rtorgerson@porterhedges.com<br>Jonathan M. Pierce<br>State Bar No. 24027744<br>Federal I.D. No. 23801<br>jpierce@porterhedges.com<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6341<br>Telephone: (713) 226-6668<br>Facsimile: (713) 226-6268<br><br>**ATTORNEYS FOR DEFENDANT ION GEOPHYSICAL CORPORATION** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of July, 2013, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   /s/ David J. Healey