IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTERNGECO L.L.C., | § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 4:09-cv-01827 |
| v. | § § | Judge Keith P. Ellison |
| ION GEOPHYSICAL CORPORATION, | § § | |
| | § § | |
| Defendant. | § | |

## SECOND NOTICE OF APPEAL

Pursuant to Section 1292(a)(1), (c)(1), (c)(2), and 1295(a)(1) of Title 28 of the United States Code, and Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that ION Geophysical Corporation, Defendant, in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's October 24, 2013 Order (Dkt. No. 664) granting, among other things, injunctive relief to Plaintiff; and also from earlier orders, rulings and acts of the District Court overruling Defendant's motions and objections, or granting or sustaining Plaintiff's motions and objections, as well as other adverse holdings or rulings to Defendant (including but not limited to construction of the claims of the patents in suit), along with the verdict of the jury and submission of the case to the jury.[1]

---

[1] The October 24, 2013 Order does not appear to be a final judgment, but it included an order granting a request to issue or modify injunctive relief,  This Second Notice of Appeal is filed out of an abundance of caution to preserve Defendant's right to appeal all issues and avoid any jurisdictional argument.

The first notice of appeal was filed on July 17, 2013, Dkt# 640, and was docketed in the United States Federal Circuit as case number 13-1527, which has been stayed by agreement and order of the Court. The first notice of appeal is attached as Exh. 1, and incorporated by reference as if included in full.

The fee to docket this appeal has been paid to the district clerk, and the required number of copies of this notice have been provided to the district clerk.

    Respectfully submitted,

    /s/ David J. Healey
    David J. Healey
    Attorney-in-Charge
    **FISH & RICHARDSON, P.C.**
    State Bar No. 09327980
    Federal ID No. 000035021
    1221 McKinney Street, 28th Floor
    Houston, Texas 77010
    Telephone: (713) 654-5310
    Facsimile: (713) 652-0109
    Email: healey@fr.com

**OF COUNSEL:**

Frank Porcelli
**FISH & RICHARDSON, P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 521-7808
Fax: (617) 542-8906
Email: porcelli@fr.com
*Admitted Pro Hac Vice*

Bailey Harris
**FISH & RICHARDSON, P.C.**
State Bar No. 24083139
Federal ID No. 1725405
1221 McKinney Street, 28th Floor
Houston, TX 77010
Telephone: (713) 654-5300
Fax: (713) 652-0109
Email: bharris@fr.com

Ray T. Torgerson
**PORTER HEDGES LLP**
State Bar No. 24003067
Federal ID No. 22846
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6650
Fax: (713) 226-6250
Email: rtorgerson@porterhedges.com

Jonathan M. Pierce
**PORTER HEDGES LLP**
State Bar No. 24027744
Federal ID No. 23801
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6694
Fax: (713) 226-6294
Email: jpierce@porterhedges.com

David L. Burgert
**JONES DAY**
State Bar No. 03378300
Federal ID No. 2084
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3737
Fax: (832) 239-3600
Email: dburgert@jonesday.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record via the Court ECF/CFM system on this 22nd day of November, 2013.

*/s/ David J. Healey*
David J. Healey
