# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., § | |
| § | |
| Plaintiff, § | Civil Action No. 4:09-cv-01827 |
| § | |
| v. § | |
| § | |
| § | Judge Keith P. Ellison |
| ION GEOPHYSICAL CORPORATION, § | |
| § | |
| Defendant. § | |

## SECOND DECLARATION OF BRIAN HANSON

1. I am the President and CEO of ION Geophysical Corporation. I previously gave a declaration in this case on ION's financial condition in December 2015. The facts stated below are known to me through my job and they are true and correct.

2. During this severe downturn that all oil and gas companies and service companies have suffered through since 2014, ION has operated at a significant loss. In 2015 alone, ION consumed $89 million of its available cash and ended the year with a cash balance of $85 million. I was forced to lay off one half of ION's workforce, reduce the pay of remaining employees, and take other extreme measures to conserve cash. However, ION continued, and still continues to operate at a loss and our cash balances continue to decrease. We cannot function without cash.

3. Unfortunately, 2016 has been equally challenging. ION's cash balance has decreased from $85 million at the end of 2015, and dropped to $48 million (net of 15M in revolver borrowings) by the end of Q3 2016. This balance was further decreased in the fourth quarter when we paid WesternGeco the $20.8 million in royalties in this case.

4. While ION has not yet reported its fourth quarter financial results, subtracting $20.8 million from its Q3 cash balance of $48 million (net of borrowings) results in just under $27 million. This does not include any other losses in the fourth quarter which will be reported in our SEC filings by mid-February. We will update this affidavit and status of its current financials, after the fourth quarter is reported.

5. As supported by a January 2017 industry survey by Barclay's (attached as Exhibit A), capital budgets for ION's clients will be down an additional 23% in 2017, indicating continued difficult times in 2017. This is particularly acute for us because we face the maturity of approximately $28 million in senior secured debt in the first six months of 2018 following a year in which spending is again expected to be at historic lows.

6.  Unfortunately, capital markets are not open for us to raise capital. During 2016, we led an exhaustive effort to raise additional capital with no success. Unfortunately, our industry sector is considered high risk and out of favor with both investors and bankers.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Hanson

Executed on ___20th___ day of January, 2017 in Houston, Texas.

# EXHIBIT A

| | |
|---|---|
| **From:** | Jack Lascar <jlascar@dennardlascar.com> |
| **Sent:** | Monday, January 09, 2017 11:07 AM |
| **To:** | Rachel White; Mike Morrison; Steve Bate |
| **Cc:** | IO; Patty Dorsey |
| **Subject:** | Global 2017 E&P Spending Outlook & Sector Upgrade |

This email was sent to: jlascar@dennardlascar.com



Equity Research | Instant Insights

9 January 2017

J. David Anderson, CFA     +1 212 526 4016     jdavid.anderson@barclays.com     BCI, US     Completed: 09-Jan-17, 15:4

Released: 09-Jan-17, 15:4

View email in browser

### North America Oilfield Services & Equipment
# Global 2017 E&P Spending Outlook & Sector Upgrade

**We want to flag thee notes out this morning: our 32nd annual Barclays E&P Spending Survey (***Cleared for Takeoff as Spending Inflects, 01/09/17***), our sector upgrade to Positive from Neutral (***Time to Go Long, 01/09/17***), and our equity strategy colleague Keith Parker's report (***Positioning for energy capex upturn, 01/09/17***) noting that Energy Equipment and Services is the 7th most "under-owned" industry.**

Following an unprecedented two years of double digit declines, our Barclays E&P spending Survey indicates 7% global growth in 2017, slightly below the last two cyclical inflections in 2003 and 2010.

• **North America spending to increase 27% in 2017 (-38% in 2016):** Upside to lg-cap E&P growth of 58% if plowback ratio is closer to the 118% of cash spent in 2016 (assuming 105%). US rig count forecast to average 730 in 2017, ending the year at 850-875 rigs.

• **International spending to increase 2% in 2017 (-18% in 2016):** NOCs plan to increase spending by 9%, offset by declines among European IOCs (-7%), US IOCs (-15%) and International E&Ps (-7%). A mixed bag regionally, but we expect growth in almost every region except Europe.

• **Offshore spending poised to fall another ~20-25% (-34% in 2016).** Offshore well spend represents ~15% of total spending, of which ~30% is from IOCs. We forecast 120 contracted floating rigs by the end of 2017 vs. 133 rigs currently.

- **Online survey shows ~80% of NAM E&Ps expect OFS costs to increase, primarily in pressure pumping and land drilling rigs.** Notably, more than 59% of respondents now believe less than 25% of cost reductions are structural…a big shift from the 45% of respondents from our survey in September.

**Sector upgrade to Positive, raised PTs across the board, upgrades (FMSA to OW, DRQ to OW, NE to EW, and DO to EW) & downgrade (WFT to EW).** The US supply chain will be hard pressed to respond to a 50% plus increase in E&P spend, thus neutralizing the glut of idled capacity and shifting rent firmly back to service companies after nearly a half decade of no pricing power. The potential for hyper EPS growth from pricing and operating leverage on rationalized cost structures supports rich multiples currently, in our view, given a likely beat and raise scenario starting in 2H17 (we do worry leading-edge 1H17 estimates neglect 1Q int'l seasonal lulls and are overly optimistic on the early trajectory of NAM pricing). The major risk is to the duration of the cycle with SLB, HAL, and BHI all calling for shorter, more range-bound cycles (i.e., putting peak multiples on peak earnings).

**Energy equipment and services is the 7th most 'under-owned' industry.** The top 10 owners of each of the stocks in the space own 44% of the industry. This means that ownership is highly concentrated in a few hands. Accordingly, if only a few investors account for such a large percentage of the float, the overwhelming majority of investors would seemingly be underweight; and thus energy equipment and services is 'under-owned'. Only six other industries have more concentrated ownership. If energy capex is at both a cyclical and structural bottom and turning higher, more investors will likely try to buy the stocks in the space; there could be a melt-up type scenario as many investors try to buy from a highly concentrated investor base that is reluctant to sell.

**Barclays Upstream Spending Survey**



Source: Barclays Research

**Worldwide E&P Capital Spending by Company Type / Region, 2015A-2017E**

2

| ($mm) | 2015A | 2016E | 2017E | 2015-2016 % | 2016-2017 % |
|---|---|---|---|---|---|
| US IOCs | 49,667 | 33,146 | 33,080 | (33.3%) | (0.2%) |
| NAM Large-Cap E&Ps | 40,851 | 22,434 | 35,438 | (45.1%) | 58.0% |
| NAM SMID-Cap E&Ps | 25,799 | 15,521 | 22,216 | (39.8%) | 43.1% |
| NAM Small / Private E&Ps | 1,289 | 776 | 1,307 | (39.8%) | 68.4% |
| Int'l IOCs/NOCs | 8,250 | 5,836 | 6,286 | (29.3%) | 7.7% |
| **North America Spending** | **$125,857** | **$77,713** | **$98,328** | **(38.3%)** | **26.5%** |
| Middle East | 52,873 | 57,138 | 58,642 | 8.1% | 2.6% |
| Latin America | 55,117 | 34,500 | 37,529 | (37.4%) | 8.8% |
| Russia/FSU | 37,242 | 35,263 | 38,750 | (5.3%) | 9.9% |
| India, Asia & Australia | 77,974 | 62,527 | 70,335 | (19.8%) | 12.5% |
| Europe | 28,378 | 21,680 | 20,359 | (23.6%) | (6.1%) |
| Africa | 21,629 | 17,642 | 17,912 | (18.4%) | 1.5% |
| Majors (International) | 79,877 | 62,234 | 51,025 | (22.1%) | (18.0%) |
| NAM Independents | 8,810 | 4,327 | 6,858 | (50.9%) | 58.5% |
| Other E&Ps (International) | 4,555 | 4,042 | 4,834 | (11.3%) | 19.6% |
| **International Spending Total** | **$366,454** | **$299,352** | **$306,244** | **(18.3%)** | **2.3%** |
| **Worldwide E&P Spending:** | **$492,311** | **$377,065** | **$404,571** | **(23.4%)** | **7.3%** |

Source: Barclays Research, Company Reports

Note: We use companies that spend primarily in their home regions as a proxy for the regional breakout provided

**Top 10 Ownership % by Industry**



Source: Factset, Barclays Research

---

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

For analyst certifications and important disclosures including, where applicable, foreign affiliate disclosures, please click here.

---

Download the Barclays Live app on your tablet

 

Edit my subscriptions profile | Unsubscribe me from this email

3

**Important Consent Notice for Debt Research Subscribers employed by Issuers, Regulators, or Academic Institutions:** To the extent that you are subscribed to receive debt research reports from Barclays, you should be aware that such reports are prepared for our institutional investor clients and are not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under US FINRA Rule 2242. By subscribing you understand and agree that Barclays is providing such debt research reports to you only for informational, regulatory, and/or academic purposes, as applicable, and not for the purpose of making investment decisions regarding any debt securities. Any such recipients who do not consent to these conditions may use the links above to unsubscribe.

This e-mail is intended only for the person to whom it was originally sent, and may contain information that is confidential, proprietary, privileged or otherwise protected from disclosure. If you are not an intended recipient of this message, please delete it and any attachments, and notify the sender that you have received it in error. Unless specifically stated in the message or otherwise indicated, you may not duplicate, redistribute or forward this message or any portion thereof, including any attachments, by any means to any other person, including any retail investor or customer. Barclays uses your contact information to deliver information to you and reserves the right, as permitted by applicable law, to monitor electronic communications. Barclays uses cookies and other tracking technologies to collect information about recipients of electronic communications (such as internet protocol addresses). Barclays uses the information collected to monitor the effectiveness, and extent and frequency of usage of our products, and to further improve our products and our relationships with our clients. This message is not a recommendation, advice, offer or solicitation, to buy/sell any product or service, and is not an official confirmation of any transaction. Any opinions presented are solely those of the author and do not necessarily represent those of Barclays. This message is subject to terms available at: www.barclays.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays group.