Case 4:09-cv-01827 Document 770 Filed in TXSD on 07/26/17 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 4:09-CV-01827 |
| ION GEOPHYSICAL CORPORATION, | ) Judge Keith P. Ellison |
| *Defendant.* | ) |

## FINAL JUDGMENT

Based on the Court's Orders and the jury's verdict, the Court enters FINAL JUDGMENT in favor of Plaintiff WesternGeco L.L.C. and against Defendant ION Geophysical Corporation as follows:

| | |
|---|---|
| **Damages, Interest and Costs:** | $20,832,050.74 |
| **Enhanced damages:** | $5,000,000.00 |
| **FINAL JUDGMENT:** | $25,832,050.74 |

The parties have agreed that neither party shall appeal the Court's finding of willfulness or its enhancement of damages, and to payment as follows:

- ION paid WesternGeco $20,832,050.74 on November 25, 2016
- ION paid WesternGeco $625,000 by June 30, 2017
- ION will pay WesternGeco $625,000 by October 1, 2017
- ION will pay WesternGeco $1,250,000 by January 1, 2018
- ION will pay WesternGeco $1,250,000 by April 1, 2018
- ION will pay WesternGeco $1,250,000 by July 1, 2018

The Court shall retain jurisdiction to enforce this agreement.

Defendant ION is denied all relief on its Counter-claims and affirmative defenses and shall take nothing.

The injunction against ION in this case shall continue in effect as previously ordered (D.I. 687).

This is a Final Judgment pursuant to Fed. R. Civ. P. 58.

All relief not granted herein is denied.

26 July 2017
Date

Keith P. Ellison
United States District Judge