United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C.,  Plaintiff, v. ION GEOPHYSICAL CORP.,  Defendant. | CIVIL ACTION NO. 4:09-cv-01827  JURY TRIAL DEMANDED |

## [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR ION'S MOTION FOR A NEW TRIAL

Before the Court is the parties' Joint Motion to Set Briefing Schedule for ION's Motion for a New Trial (D.I. 785). The Court finds that the joint motion should be GRANTED.

IT IS HEREBY ORDERED that WesternGeco will file its Response by March 20, 2019, and ION will file its Reply by April 9, 2019.

SIGNED this 13 day of March, 2019.

_____
Hon. Keith P. Ellison
United States District Judge