## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| WESTERNGECO L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:09-cv-1827 |
| ION GEOPHYSICAL CORPORATION, ET AL., | ) Judge Keith P. Ellison |
| Defendants. | ) |

## JOINT MOTION TO VACATE PERMANENT INJUNCTION AND TO DISMISS WITH PREJUDICE

WHEREAS Plaintiff WesternGeco LLC and Defendant ION Geophysical Corporation (collectively, "the Parties") have entered into a Settlement Agreement; and

WHEREAS a condition of the Settlement Agreement requires that the Parties move the Court to vacate the permanent injunction entered against ION on June 19, 2013 (D.I. 634; *see also* D.I. 687, D.I. 770);

Accordingly, Plaintiff WesternGeco LLC and Defendant ION Geophysical Corporation hereby jointly move the Court pursuant to Federal Rules of Civil Procedure 60(b) to vacate the permanent injunction (D.I. 634, D.I. 687, D.I. 770). WesternGeco and ION also jointly move pursuant to Rule 41(a) to dismiss this action **with** prejudice, including, but not limited to, all claims and counterclaims asserted therein, each party agreeing to bear its own fees and costs.

| | |
|---|---|
| Dated:  April 13, 2020 | Respectfully submitted, |
| /s/ Lee L. Kaplan | /s/ Collin J. Cox |
| Lee L. Kaplan | R. Paul Yetter |
| lkaplan@skv.com | State Bar No. 22154200 |
| SMYSER KAPLAN | pyetter@yettercoleman.com |
| & VESELKA, L.L.P. | Collin J. Cox |
| Bank of America Center | State Bar No. 24031977 |
| 700 Louisiana, Suite 2300 | ccox@yettercoleman.com |
| Houston, TX 77002 | YETTER COLEMAN LLP |
| Tel: (713) 221-2323 | 811 Main Street, Suite 4100 |
| Fax: (713) 221-2320 | Houston, Texas 77002 |
| | (713) 632-8000 |
| Gregg F. LoCascio, P.C. | (713) 632-8002 (Fax) |
| *Lead Attorney* | |
| gregg.locascio@kirkland.com | David I. Berl *(admitted pro hac vice)* |
| KIRKLAND & ELLIS LLP | *Lead Attorney* |
| 655 Fifteenth Street, N.W. | dberl@wc.com |
| Washington, D.C. 20005-5793 | Andrew C. McBride *(admitted pro hac vice)* |
| Tel.: (202) 879-5000 | amcbride@wc.com |
| Fax: (202) 879-5200 | Williams & Connolly LLP |
| | 725 Twelfth Street, N.W. |
| Timothy K. Gilman | Washington, DC 20005 |
| timothy.gilman@kirkland.com | (202) 434-5000 |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | Kannon K. Shanmugam *(admitted pro hac vice)* |
| New York, New York 10022 | kshanmugam@paulweiss.com |
| Tel.: (212) 446-4800 | Masha G. Hansford *(admitted pro hac vice)* |
| Fax: (212) 446-4900 | mhansford@paulweiss.com |
| | Paul, Weiss, Rifkind, |
| | Wharton & Garrison LLP |
| | 2001 K Street, N.W. |
| | Washington, DC 20006 |
| | (202) 223-7300 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| WESTERNGECO L.L.C. | ION GEOPHYSICAL CORPORATION |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on April 13, 2020.

/s/ Collin J. Cox
Collin J. Cox