United States District Court
Southern District of Texas
**ENTERED**
April 13, 2020
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **WESTERNGECO LLC,** *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | **CIVIL ACTION NO. 4:09-CV-1827** |
| § | |
| **ION GEOPHYSICAL CORPORATION,** § | |
| *et al*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING JOINT MOTION TO VACATE PERMANENT INJUNCTION AND TO DISMISS WITH PREJUDICE

Before the Court is the parties' Joint Motion to Vacate Permanent Injunction and to Dismiss with Prejudice. (Doc. No. 813). After consideration of the Joint Motion, the Court finds that the parties' Joint Motion should be GRANTED.

It is hereby ORDERED that the parties' Joint Motion to Vacate Permanent Injunction (Doc. No. 634, 687, 770) and to Dismiss with Prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, including all relief sought therein, is GRANTED. This action is hereby **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th day of April, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE